**Order filed August 23, 2018**



## In The

# E﬈lebenth Court of Appeals

_____

## No. 11-18-00034-CV

_____

## DESTINATION DEVELOPMENT PARTNERS, INC. ET AL., Appellants

## V.

## SUZANN RUFF, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C46164**

## O R D E R

Destination Development Partners, Inc. and several related entities, including CM Resort LLC, filed an appeal from a portion of an interlocutory order signed by the trial court on January 30, 2018. CM Resort LLC has now filed in this court a suggestion of bankruptcy. *See* TEX. R. APP. P. 8.1. CM Resort LLC indicates that on August 15, 2018, it filed a petition for relief under Chapter 11 of the United States Bankruptcy Code. The notice of bankruptcy complies with TEX. R. APP. P. 8.1.

Therefore, pursuant to TEX. R. APP. P. 8.2, we abate this appeal. The parties are requested to inform this court of the resolution of the bankruptcy proceedings or any other event that would allow this appeal to be reinstated. *See* TEX. R. APP. P. 8.3.

    This appeal is abated.

PER CURIAM

August 23, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.